651 S.E.2d 331

**In the Matter of Charles Wade CLEVELAND, Respondent.**

Supreme Court of South Carolina.

Sept. 10, 2007.

### ORDER

The Office of Disciplinary Counsel asks this Court to place respondent on interim suspension pursuant to Rule 17(b), RLDE, Rule 413, SCACR.

IT IS ORDERED that respondent's license to practice law in this state is suspended until further order of this Court.

s/ Jean H. Toal, C.J.
FOR THE COURT